Launeil SANDERS, Plaintiff–Appellant,

v.

Peter S. GILCHRIST, Mecklenburg
County City Attorney; Morgan Stan-
ley Smith Barney Financial, LLC;
Daniel Clifton, Attorney; Edward L.
Booker, Attorney, Defendants–Appel-
lees.

No. 11–1303.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 30, 2011.

Decided: July 5, 2011.

Launeil Sanders, Appellant Pro Se.

Before WILKINSON, DUNCAN, and
WYNN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Launeil Sanders appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Sanders v. Gilchrist,* No. 3:10–cv–00068–MOC–DSC (W.D.N.C. Mar. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*